

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

SUSSETTE SHEREE TIMMONS,  §

    Appellant,  §

V.  §

THE STATE OF TEXAS,  §

    Appellee.  §

No. 08-13-00306-CR

Appeal from the

380th District Court

of Collin County, Texas

(TC# 380-80301-04)

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF OCTOBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.